UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN LOVE LUNDY, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-1898 |
| v. | : | (JUDGE MANNION) |
| COMMONWEALTH OF PA, *et al.*, | : | |
| Defendants | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Schwab, **(Doc. 12)**, is **ADOPTED IN ITS ENTIRETY** with respect to all claims against all defendants.

**(2)** The plaintiff's amended complaint, **(Doc. 9)**, is **DISMISSED WITH PREJUDICE** regarding all of his federal claims.

**(3)** The court declines to exercise supplemental jurisdiction under 28 U.S.C. §1367(c)(3) over any state claims that plaintiff may be construed as raising.

**(4)**   The objections to the report filed by plaintiff, **(Doc. 13)**, are

**OVERRULED**.

**(5)**   The clerk of court is directed to close this case.

                                    s/ *Malachy E. Mannion*
                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**Date: April 19, 2021**
20-1898-02-ORDER